PROB 12B
(7/93)

# United States District Court
## for the
## Southern District of Georgia
## Brunswick Division

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*


FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 JUL -8 A 11: 45
CLERK
S. DIST. OF GA.

Name of Offender: **Bernice Bernail Allen**　　　　　Case Number: CR200-00016-002

Name of Sentencing Judicial Officer:　Honorable Anthony A. Alaimo
　　　　　　　　　　　　　　　　　　Judge, U.S. District Court

Date of Original Sentence:　March 8, 2001

Original Offense:　Transfer of firearms to a non-resident

Original Sentence:　5 years probation

Type of Supervision:　Probation

Date Supervision Commenced:　March 8, 2001

Assistant U.S. Attorney:　Darrin L. McCullough

Defense Attorney:　George L. Hoyt, Jr.

---

## PETITIONING THE COURT

[ ]　To extend the term of supervision for years, for a total term of years.
[X]　To modify the conditions of supervision as follows:

The defendant shall comply with the conditions of home confinement/electronic monitoring for a period of ninety days. During this time, the defendant will remain at her place of residence at all times and shall not leave except when such leave is approved in advance by the probation officer. The defendant will maintain a telephone at her place of residence without any special services, including but not limited to, call forwarding, caller ID, call waiting, a modem, or cordless telephones for the above period. At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The cost of electronic monitoring shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

### CAUSE

On June 13, 2005, the offender submitted a urine sample which tested positive for marihuana. When confronted about the positive test result, the offender admitted that she had smoked marihuana on June 9, 2005, during her bridal shower. She indicated she had been drinking at the bridal shower and decided to smoke marihuana with some of the guests who were also smoking marihuana. The offender knew her actions were wrong and regrets her decision.

Allen resides at 8576 E. B. Cooper Highway in Riceboro, Georgia, with her fiancé and his father. She is unemployed and receives monthly disability benefits due to physical and mental limitations. The offender

Prob 12B  Request for Modifying the Conditions or Term of Supervision

Re: Bernice Bernail Allen
Case Number: CR200-00016-002
Page 2

spends most of her time caring for her fiance's elderly father who suffers from blindness. Her supervision history includes prior use of marihuana. She has tested positive for marihuana use on two other occasions while under supervision, once on May 17, 2001, and again on September 19, 2003. These violations were previously reported to the Court with a request that no action be taken. Since this is Allen's third positive drug screen for marihuana, it is respectfully recommended that the offender's conditions of probation be modified to include her participation in the home confinement/electronic monitoring program for a period of ninety days. The offender has also been referred to a substance abuse treatment program at Chemical Dependency Counseling, Incorporated. She has been advised that any future violation will result in a violation report being submitted to the Court with a request for adverse action. Enclosed is a waiver, signed by the offender, agreeing to the modification.

Respectfully submitted,

by Ervin G. Frazier, II
U.S. Probation Officer
Date: June 30, 2005

Reviewed by:

Stephen C. Gray
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Judge, U.S. District Court

7-8-05
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Georgia

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall comply with the conditions of home confinement/electronic monitoring for a period of ninety days. During this time, the defendant will remain at her place of residence at all times and shall not leave except when such leave is approved in advance by the probation officer. The defendant will maintain a telephone at her place of residence without any special services, including but not limited to, call forwarding, caller ID, call waiting, a modem, or cordless telephones for the above period. At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The cost of electronic monitoring shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

Witness: _Erwin H. Fryer II_  Signed: _Benice B. Allen_
U.S. Probation Officer            Probationer or Supervised Releasee

June 21, 2005
DATE